**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| SHARON HENDERSON STEWART, | ) | CASE NO. 3:23-cv-00159 |
| | ) | |
| Plaintiff, | ) | District Judge Thomas M. Rose |
| | ) | |
| vs. | ) | Magistrate Judge Peter B. Silvain, Jr. |
| | ) | |
| CONSOLIDATED ANALYTICS, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

---

This matter is before the Court on the Joint Motion of Plaintiff Sharon Henderson Stewart and Defendant Consolidated Analytics, Inc., pursuant to the Federal Arbitration Act, 9 U.S.C. §1, *et seq.*, for an Order staying this entire action and all proceedings herein based upon the existence of a written arbitration agreement covering Plaintiff's claims against Defendant in the Complaint. (Doc. #4). For good cause shown, the motion (Doc. #4) is **GRANTED**.

Accordingly, this action is hereby **STAYED** until further Order of this Court, pending the conclusion of arbitration proceedings or other resolution of this matter. Additionally, the parties are **ORDERED** to file a status report with the Court every 90 DAYS advising of the parties' progress.

IT IS SO ORDERED.

  August 16, 2023      
*s/Peter B. Silvain, Jr.*  
Peter B. Silvain, Jr.  
U.S. Magistrate Judge